THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.

 Jason Phillips, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-453
Submitted October 1, 2011  Filed October
 11, 2011   

APPEAL DISMISSED

 
 
 
Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Jason
 Phillips appeals his probation revocation, arguing the circuit court erred in
 revoking probation for failure to report without considering the fact he lacked
 transportation.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.  
 SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.